Dustin D. Johnson (SBN: 234008)
The Law Offices of Dustin D. Johnson
2701 Del Paso Road, Suite 130-155
Sacramento, CA  95835
Phone: (877) 377-8070
Fax: (916) 244-9889

Attorney for John Cal Howe, II

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN CAL HOWE, II,<br><br>Defendant. | Case No.  2:16-cr-194 TLN<br><br>**STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME**<br><br>**Judge: Hon. Troy L. Nunley**<br>**Time: 9:30 a.m.**<br>**Date: April 27, 2017** |

     IT IS HEREBY STIPULATED by and between Assistant United States Attorney Justin Lee, Counsel for Plaintiff, and Attorney Dustin Johnson, Counsel for John Cal Howe, II that the status conference scheduled for March 23, 2017, at 9:30 a.m., be vacated and the matter continued to this Court's criminal calendar on April 27, 2017, at 9:30 a.m., for further status conference.

     Defense counsel has not received initial discovery. Counsel requires additional time to receive discovery and review it with Mr. Howe. Defense counsel also requires additional time to consult with his client, perform necessary investigation and discuss possible resolution with the government.

     IT IS FURTHER STIPULATED that time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T- 4), and that

the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED: March 21, 2017 /S/ Dustin Johnson
DUSTIN JOHNSON
Attorney for John Cal Howe, II

PHILLIP A. TALBERT
United States Attorney

/S/ Justin Lee (approved via email)
Justin Lee
Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for March 23, 2017, at 9:30 a.m., be vacated and the matter continued to April 27, 2017 at 9:30 a.m., for further status conference. The Court finds that time under the Speedy Trial Act be excluded from computation of time pursuant to Section 18 U.S.C. 3161(h)(7)(A) and (B)(iv), (Local code T-4), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED: March 21, 2017

Troy L. Nunley
United States District Judge

2