PHILLIP A. TALBERT
United States Attorney
ROBERT J. ARTUZ
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-00194-TLN |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME |
| v. | DATE: April 27, 2017 |
| JOHN CAL HOWE II, | TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter is scheduled for a status conference on April 27, 2017 on 9:30 a.m. Dkt. No. 17.

2. The United States recently produced initial discovery and defense counsel requires additional time to review such discovery. Counsel also requires additional time to consult with the defendant, perform necessary investigation, and discuss possible resolution with the United States.

3. By this stipulation, the parties now jointly move to vacate the status conference on April 27, 2017 and continue it to the Court's criminal calendar on June 1, 2017 at 9:30 a.m.

4. It is further stipulated that the time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, be excluded from computation of time pursuant to

STIPULATION RE: CONTINUING STATUS CONFERENCE   1

§ 3161(h)(7)(A), (B)(iv), and Local Code T4. Further, the ends of justice served in granting the continuance allow the defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

IT IS SO STIPULATED.

Dated: April 24, 2017           PHILLIP A. TALBERT
                                United States Attorney

                                /s/ *Robert J. Artuz*
                                ROBERT J. ARTUZ
                                Special Assistant U.S. Attorney

Dated: April 24, 2017           /s/ *Dustin Johnson*
                                DUSTIN JOHNSON
                                Counsel for Defendant
                                John Cal Howe II

                                Approved via email

### FINDINGS AND ORDER

IT IS SO ORDERED, that the status conference in the above-captioned matter, scheduled for April 27, 2017, is vacated and the matter continued to June 1, 20217 at 9:30 a.m. for further status conference. The Court further finds that time under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, be excluded from computation of time pursuant to § 3161(h)(7)(A), (B)(iv), and Local Code T4, and that the ends of justice served in granting the continuance allow the defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

FOUND AND ORDERED this 25th day of April, 2017.

                                Troy L. Nunley
                                United States District Judge