1  Dustin D. Johnson (SBN: 234008)
   The Law Offices of Dustin D. Johnson
2  2701 Del Paso Road, Suite 130-155
   Sacramento, CA  95835
3  Phone: (877) 377-8070
   Fax: (916) 244-9889
4

5  Attorney for John Cal Howe, II

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            Case No.  2:16-cr-194 TLN

12           Plaintiff,                  **STIPULATION AND ORDER VACATING
                                         DATE, CONTINUING CASE, AND**
13       v.                              **EXCLUDING TIME**

14  JOHN CAL HOWE, II,                   **Judge: Hon. Troy L. Nunley
                                         Time: 9:30 a.m.**
15           Defendant.                  **Date: July 13, 2017**

16

17       IT IS HEREBY STIPULATED by and between Special Assistant United States Attorney

18  Robert Artuz, Counsel for Plaintiff, and Attorney Dustin Johnson, Counsel for John Cal Howe, II

19  that the status conference scheduled for June 1, 2017, at 9:30 a.m., be vacated and the matter

20  continued to this Court's criminal calendar on July 13, 2017, at 9:30 a.m., for further status

21  conference.

22       Defense counsel has received initial discovery. Counsel requires additional time to review

23  it with Mr. Howe. Defense counsel also requires additional time to consult with his client,

24  perform necessary investigation and discuss possible resolution with the government.

25       IT IS FURTHER STIPULATED that time within which the trial of this case must be

26  commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded from

27  computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T- 4), and that

28  the ends of justice served in granting the continuance and allowing the defendant further time to

                                         1

prepare outweigh the best interests of the public and the defendant to a speedy trial.


DATED: May 30, 2017                    /S/ Dustin Johnson
                                       DUSTIN JOHNSON
                                       Attorney for John Cal Howe, II


                                       PHILLIP A. TALBERT
                                       United States Attorney

                                       /S/ Robert Artuz (approved via email)
                                       Robert Artuz
                                       Special Assistant U.S. Attorney


## ORDER

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled

for June 1, 2017, at 9:30 a.m., be vacated and the matter continued to July 13, 2017 at 9:30 a.m.,

for further status conference. The Court finds that time under the Speedy Trial Act be excluded

from computation of time pursuant to Section 18 U.S.C. 3161(h)(7)(A) and (B)(iv), (Local code

T-4), and that the ends of justice served in granting the continuance and allowing the defendant

further time to prepare outweigh the best interests of the public and the defendant to a speedy

trial.


This 30th day of May, 2017

                                       _____
                                       Troy L. Nunley
                                       United States District Judge