Dustin D. Johnson (SBN: 234008)
Two Rivers Law, P.C.
2701 Del Paso Road, Suite 130-155
Sacramento, CA 95835
Phone: (877) 377-8070
Fax: (916) 244-9889

Attorney for John Cal Howe, II

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN CAL HOWE, II,<br><br>    Defendant. | Case No. 2:16-cr-194 TLN<br><br>**STIPULATION AND ORDER VACATING DATE, CONTINUING CASE**<br><br>**Judge: Hon. Troy L. Nunley**<br>**Time: 9:30 a.m.**<br>**Date: April 26, 2018** |

IT IS HEREBY STIPULATED by and between Special Assistant United States Attorney Robert Artuz, Counsel for Plaintiff, and Attorney Dustin Johnson, Counsel for John Cal Howe, II that the trial confirmation hearing scheduled for April 12, 2018, at 9:30 a.m., be vacated and the matter continued to this Court's criminal calendar on April 26, 2018, at 9:30 a.m., for change of plea.

Defense counsel has received the plea agreement. Counsel requires additional time to review it with Mr. Howe.

IT IS FURTHER STIPULATED that time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. was previously excluded through May 14, 2018 by a previous order of this court.

///

1

///

DATED: April 10, 2018           /S/ Dustin Johnson
                                DUSTIN JOHNSON
                                Attorney for John Cal Howe, II


                                MCGREGOR W. SCOTT
                                United States Attorney

                                /S/ Robert Artuz (approved via email)
                                Robert Artuz
                                Special Assistant U.S. Attorney


## ORDER

IT IS SO ORDERED, that the trial confirmation hearing in the above-entitled matter, scheduled for April 12, 2018, at 9:30 a.m., be vacated and the matter continued to April 26, 2018 at 9:30 a.m., for further status conference. The Court finds that time under the Speedy Trial Act pursuant to Section 18 U.S.C. 3161(h)(7)(A) and (B)(iv), (Local code T-4), was previously excluded through May 14, 2018 by a previous order of this court.

This 10th day of April, 2018.

                                Troy L. Nunley
                                United States District Judge